UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

CARLA A. WILLIAMS                           CASE NUMBER:  05-12582
SSN:  xxx-xx-0746                           CHAPTER 13
Debtor

NOTICE TO ADVANCE AMERICA
THAT $7.48 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #106000

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Advance America, creditor herein, and deposits $7.48 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Advance America was:

    7506 K-Mart Plaza S
    Fort Wayne, IN 46816-2506

2. The Standing Chapter 13 Trustee's disbursement checks have been returned with "Return to Sender, Attempted Not Known, Unable to Forward" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: April 28, 2010                                                                 Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached was sent on April 28, 2010

By U. S. Mail to the Debtor and Creditor as follows:

Debtor(s): Carla Williams, 4029 Hanna Street, Ft. Wayne, IN 46806
Creditor: Advance America, 7506 K-Mart Plaza S, Ft. Wayne, IN 46816-2506

By electronic CM/ECF email to the following:

Debtor's Attorney: William Harris
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson